UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

STATE EX REL. DONOVAN L. CADOGAN,

    Petitioner,

-vs-                      Case No. 12-C-1236

GRACE ROBERTS, GARY HAMBLIN,

    Respondents.

## DECISION AND ORDER

The petitioner, Donovan L. Cadogan, requests a writ of mandamus ordering the respondents to cease charging the $100.00 sex offender registration fee, and to refund any and all such funds previously collected, pursuant to Judge Griesbach's decision in *Doe v. Raemisch*, — F. Supp. 2d —, 2012 WL 3775962 (E.D. Wis. Aug. 28, 2012). Federal district courts do not have the authority to issue writs of mandamus directing state officials in the performance of their duties. *Church of Scientology of Georgia, Inc. v. City of Sandy Springs, Ga.*, 843 F. Supp. 2d 1328, 1380 (N.D. Ga. 2012); *Harris v. Dep't of Corrections*, 426 F. Supp. 350, 351-52 (W.D. Okla. 1977).

Therefore, Cadogan's motion to proceed *in forma pauperis* [ECF No. 3] is **GRANTED**, but this matter is **DISMISSED** for want of jurisdiction.

Dated at Milwaukee, Wisconsin, this 27th day of February, 2013.

                              **BY THE COURT:**

                              _____
                              **HON. RUDOLPH T. RANDA**
                              U.S. District Judge